UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROBERT MOORE and                                                    No. 12-12828-t7
DORIS MOORE,                                                        Chapter 7
    Debtor(s),

## REPORT TO THE COURT OF UNCLAIMED FUNDS
## TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $1,658.62 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amount which they are entitled to be paid are listed here:

| Claimant: | Claim No.: | Amount: |
|---|---|---|
| Robert Moore and Doris Moore<br>909 Perry Meadows Dr. NE<br>Rio Rancho, NM 87144 | SURPLUS | $1,658.62 |

Filed electronically
Philip J. Montoya
Chapter 7 Trustee
1122 Central Ave. SW, Ste #3
Albuquerque, NM 87102
Tel: (505) 244-1152
Fax: (505) 242-2836
pmontoya@swcp.com

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(D), this certifies that service of the foregoing document was made this 15th day of August, 2022, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court.

s/Filed electronically
Philip J. Montoya